# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| LESLIE CAROL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-124 |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Presently before the Court is Defendant Martin O'Malley, Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with remand to the Agency. Doc. 18. Defendant requests reversal and remand to the Agency for an administrative law judge to "offer the Plaintiff an opportunity for a hearing and issue a new decision." *Id.* at 1. Defendant represents that Plaintiff consents to the Motion. *Id.* at 2.

Sentence four of Section 405(g) gives the Court the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42

U.S.C. § 405(g).  Accordingly, the Court **GRANTS** the Motion, doc. 18, and **REVERSES** and **REMANDS** the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further action consistent with this Order.  The Clerk of Court is **DIRECTED** to enter the appropriate judgment and to close this case.

    **SO ORDERED**, this 8th day of November, 2024.

                                        _____
                                        CHRISTOPHER L. RAY
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA